AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| JAVON JOHNSON,<br><br>*Plaintiff(s)*<br><br>v.<br><br>KENNETH REECE,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 22-CV-9601<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
        KENNETH REECE
        158 East 126th Street
        FL 11, APT 1129
        New York, NY  10035

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Jeffrey Benjamin, Esq.
        THE LINDEN LAW GROUP, P.C.
        5 Penn Plaza, 23rd Floor
        New York, New York 10001
        (212) 835-1532

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/14/2022

s/ G. Pisarczyk
*Signature of Clerk or Deputy Clerk*