UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
:
JAVON JOHNSON,                                          :
:
                              Plaintiff,               :
:                          22-CV-9601 (VSB)
                 -against-                             :
:                              **ORDER**
KENNETH REECE,                                          :
:
                              Defendant.               :
:
-------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

     Plaintiff filed this action on November 10, 2022, (Doc. 1), and filed an affidavit of

service on November 30, 2022, (Doc. 6).  The deadline for Defendant to respond to Plaintiff's

complaint was December 8, 2023.  (*See* Doc. 6.)  To date, Defendant has not appeared or

responded to the complaint.  Plaintiff, however, has taken no action to prosecute this case.

Accordingly, if Plaintiff intends to seek a default judgment, they are directed to do so in

accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than

April 19, 2023.  If Plaintiff fails to do so or otherwise demonstrate that they intend to prosecute

this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil

Procedure 41(b).

SO ORDERED.

Dated:      April 5, 2023
           New York, New York

                                                   _____
                                                   VERNON S. BRODERICK
                                                   United States District Judge