```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
JAVON JOHNSON,                                             :
                                                           :
                              Plaintiff,                   :
                                                           :        22-CV-9601 (VSB)
               -against-                                   :
                                                           :             ORDER
KENNETH REECE,                                             :
                                                           :
                              Defendant.                   :
                                                           :
---------------------------------------------------------- X
```

VERNON S. BRODERICK, United States District Judge:

  Pursuant to the Order entered June 28, 2023, Plaintiff was to "serve a copy of [the] Order to Show Cause and supporting papers on Defendant by Certified Mail on or before July 5, 2023." (Doc. 19.)  Plaintiff was then to "file proof of service on or before July 12, 2023."  (*Id.*)  To date, Plaintiff has not filed proof of service.  Accordingly, the hearing scheduled for July 20, 2023 is hereby adjourned *sine die*.

  Plaintiff is ordered to file proof of service, as requested in Doc. 19, on or before July 21, 2023 or file a letter showing good cause as to why he did not timely serve Defendant.  Failure to comply with this order will result in this action being dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: July 14, 2023
    New York, New York

                     _____
                     VERNON S. BRODERICK
                     United States District Judge