```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JAVON JOHNSON,                                              :
                                                            :
                            Plaintiff,                      :
                                                            :       22-CV-9601 (VSB)
              -against-                                     :
                                                            :            ORDER
KENNETH REECE,                                              :
                                                            :
                            Defendant.                      :
                                                            :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

On July 14, 2023, because Plaintiff failed to timely file proof of service, I adjourned *sine die* the default judgment hearing previously scheduled for Thursday July 20, 2023. (Doc. 20.) Later that day, Plaintiff filed an affidavit of service of the Order to Show Cause for Default Judgment showing that Defendant was served on July 3, 2023. (Doc. 21.) Accordingly, the previously-adjourned default judgment hearing is hereby reinstated. The above named Defendant shall show cause before this Court via telephonic hearing on Thursday July 20, 2023 at 1:00 PM, using the dial-in 888-363-4749 and the access code 2682448, why a Default Judgment should not be entered against Defendant pursuant to Federal Rule of Civil Procedure 55(b) and Rule 4(H) of and Attachment A to my Individual Rules and Practices in Civil Cases. SO ORDERED.

Dated: July 17, 2023
       New York, New York

_____
VERNON S. BRODERICK
United States District Judge