```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JAVON JOHNSON,                                              :
                                                            :
                            Plaintiff,                      :
                                                            :            22-CV-9601 (VSB)
              -against-                                     :
                                                            :                 ORDER
KENNETH REECE,                                              :
                                                            :
                            Defendant.                      :
                                                            :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

This action having been commenced on November 10, 2022 by the filing of the Complaint, (Doc. 1), and Defendant Kenneth Reece having been served on November 16, 2022 and again on April 22, 2023 (*see* Docs. 6, 18-3), and the Defendant not having appeared or answered the Complaint and the time for answering the Complaint having expired, I held an Order to Show Cause hearing in this action. The Order to Show Cause hearing was held on July 20, 2023, at 1:00 p.m. Defendant failed to appear at that hearing. Accordingly, it is hereby:

ORDERED that a default is entered against Kenneth Reece.

IT IS FURTHER ORDERED that this action be referred to Magistrate Judge Ona T. Wang for an inquest into damages.

SO ORDERED.

Dated: July 20, 2023
       New York, New York

                                                                       Vernon S. Broderick
                                                                       United States District Judge