UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAVON JOHNSON,

                    Plaintiff,

              -against-

KENNETH REECE,

                    Defendant.

22-CV-09601 (MMG) (OTW)

**NOTICE OF REASSIGNMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/11/2024

MARGARET M. GARNETT, United States District Judge:

      This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment, including the referral to Magistrate Judge Ona T. Wang and any deadlines ordered by her. All counsel must familiarize themselves with the Court's Individual Rules & Practices, which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

Dated: March 11, 2024
       New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge