UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   4/30/2024
```

JAVON JOHNSON,

                              Plaintiff,

              -against-                                    22-CV-09601 (MMG) (OTW)

KENNETH REECE,                                            **ORDER**

                              Defendant.

MARGARET M. GARNETT, United States District Judge:

      On July 20, 2023, the Court granted a default judgment to Plaintiff on the issue of liability and referred this case to Magistrate Judge Wang for an inquest on the issue of damages. *See* Dkt. No. 23.  In a Report and Recommendation filed on April 10, 2024, Magistrate Judge Wang recommended Plaintiff be awarded damages, pre-judgment interest, and post-judgment interest.  *See* Dkt. No. 30.

      Under Title 28, United States Code, Section 636(b)(1)(C) and Rule 72(b)(2) of the Federal Rules of Civil Procedure, a party may file "specific written objections" to a Magistrate Judge's Report and Recommendations "[w]ithin fourteen days after being served with a copy of the recommended disposition." Fed. R. Civ. P. 72(b)(2); *see* 28 U.S.C. § 636(b)(1)(C).  If a party does not file such written objections within the specified time, however, that party "waives any further judicial review of the report," both by the District Court and on appeal.  *Frank v. Johnson*, 968 F.2d 298, 300 (2d Cir. 1992); *see* Dkt. No. 30 at 12.

      It is therefore ORDERED that **within two business days of the date of this Order,** Plaintiff shall serve a copy of the Report and Recommendation on Defendant, together with a copy of this Order, by certified mail or other means that provide proof of delivery, and file proof of such service on the docket within two business days after such service is made.  If Plaintiff believes such service has already been made, he shall file proof of such service on the docket by the same date.

Dated: April 30, 2024
     New York, New York

                        SO ORDERED.

                        MARGARET M. GARNETT
                        United States District Judge