**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
JAVON JOHNSON,

                Plaintiff,                22 **CIVIL** 9601 (MMG)(OTW)

   -against-                        **JUDGMENT**

KENNETH REECE,

                Defendant.
------------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 21, 2024, Defendant has waived the right to object to the Report and Recommendation or to obtain appellate review. See Frank v. Johnson, 968 F.2d 298, 300 (2d Cir. 1992); see also Caidor v. Onondaga Cnty., 517 F.3d 601 (2d Cir. 2008). Despite the waiver, the Court has carefully reviewed the petition and the Report and Recommendation, unguided by objections, and finds the Report and Recommendation to be well reasoned and grounded in fact and law. The Report and Recommendation is ADOPTED in its entirety. Defendant is liable to Plaintiff as follows: 1. $185,000 in compensatory damages; 2. $21,667.80 in pre-judgment interest; and 3. Post-judgment interest in accordance with state and federal law from July 20, 2023, until the date the judgment is paid; accordingly, the case is closed.

**Dated:**  New York, New York

    May 21, 2024

                                                         **RUBY J. KRAJICK**
                                                          Clerk of Court
                            **BY:**    *K. Mango*
                                                              **Deputy Clerk**